# UNITED STATES DISTRICT COURT
Southern District of Indiana

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| | Case Number: 3:14CR00043-001 |
| | USM Number: 06284-033 |
| BRIAN DAVID BERRY | Chad Groves |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to the below violation(s).

☐ was found in violation of the below violations after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawful Drug Use/Possession | May 26, 2016 |
| 2 | Failure to Comply with Drug Testing/Treatment | May 22, 2016 |
| 3 | Failure to Comply with Rules of RRC | March 20, 2016 |
| 4 | New Criminal Conduct | June 5, 2016 |
| 5 | Failure to Abide by Location Monitoring Program | October 6, 2017 |
| 6 | Failure to Comply with Rules of the LAM Transitional House | October 6, 2017 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ Violation number(s) is/are dismissed.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

July 17, 2018
Date of Imposition of Sentence:

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

7/24/2018
Date

A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By Dina M. Doyle
Deputy Clerk

DEFENDANT: Brian David Berry
CASE NUMBER: 3:14CR00043-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **36 months.**

☒ The Court makes the following recommendations to the Bureau of Prisons: Evaluate the defendant's medical condition prior to his facility assignment.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant was delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

BY: _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: Brian David Berry
CASE NUMBER: 3:14CR00043-001

## SUPERVISED RELEASE

No term of supervised release is imposed.